UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LARRY L. DOTEY, JR.                                    CIVIL ACTION

VERSUS                                                 NO:  05-4018-MVL-SS

TANGIPAHOA PARISH COUNCIL, et al

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the motion of the defendant, Parish of Tangipahoa, for sanctions (Rec. doc. 37) is GRANTED and the claims of the plaintiff, Larry L. Dotey, Jr., against the defendants, Tangipahoa Parish Council, Gordon A. Burgess (Tangipahoa Parish President), and Tangipahoa Parish, be dismissed without prejudice.

New Orleans, Louisiana, this  14th  day of February, 2008.

United States District Judge